**No. 41660.**—Protests 971855–G, etc., of Musolino Lo Conte Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held an allowance should be made in the weight of the cheese to compensate for the paraffin and twine on the outside.